FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 31, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CANDI LEE LILES,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>OZZIE KNEZOVICH; ANDREW ERIK SCHENK; and MONTY CHAMBERLAIN,<br><br>　　　　　　　Defendants. | NO:  2:20-CV-353-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

A Complaint was filed in the above-captioned cause on September 29, 2021. ECF No. 1.  On September 30, 2020, a Clerk's Notice of Deficient Filing was entered informing Plaintiff that she must pay the required Civil Complaint filing fee or, in lieu of paying the filing fee, she must file the appropriate Application to Proceed In Forma Pauperis (IFP).  ECF No. 2.  The Notice also warned Plaintiff that failure to comply could result in dismissal of the action.  ECF No. 2; *see* 28 U.S.C. § 1914 (filing fee a statutory prerequisite to a civil action in federal district court); 28 U.S.C. § 1915 (allowing district courts to grant leave to proceed in forma pauperis

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

only after an individual submits an affidavit setting forth assets and an inability to pay).

To date, Plaintiff has not paid the required filing fee nor has she filed an Application to Proceed In Forma Pauperis.  Therefore, dismissal without prejudice is appropriate.  *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007).

**IT IS HEREBY ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

The District Court Clerk is hereby directed to enter this Order, provide a copy to Plaintiff at her last known address, and **close the file** in this case.

**DATED** March 31, 2021.

               *s/ Rosanna Malouf Peterson*
               ROSANNA MALOUF PETERSON
               United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2